United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DYLAN KAISER,

         Plaintiff,

    v.

EPIC GAMES INC., et al.,

         Defendants.

Case No. 26-cv-05346-PHK

***SUA SPONTE* JUDICIAL REFERRAL ORDER**

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Araceli Martinez-Olguin for consideration of whether this case is related to *Litton et al v. Roblox Corporation et al*, No. 4:25-cv-03088-AMO.

**IT IS SO ORDERED.**

Dated: June 5, 2026

_____
PETER H. KANG
United States Magistrate Judge