UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BUCKLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EPIC GAMES INC., et al.,<br><br>　　　　　Defendants. | Case No. 26-cv-05309-PHK   (AMO)<br><br>**ORDER RE CASE STATUS; ORDER REFERRING CASES TO MAGISTRATE JUDGE PETER H. KANG FOR DISCOVERY AND TO MAGISTRATE JUDGE JOSEPH C. SPERO FOR SETTLEMENT** |
| DYLAN KAISER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EPIC GAMES INC., et al.,<br><br>　　　　　Defendants. | Case No. 26-cv-05346-PHK   (AMO) |
| JOSHUA TUCKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EPIC GAMES INC., et al.,<br><br>　　　　　Defendants. | Case No. 26-cv-05349-PHK   (AMO) |

On June 17, 2026, the Court related the above-captioned cases to *Litton v. Roblox*, Case No. 25-3088. They join 29 other related cases. On February 27, 2026, the Court chose three pilot cases from these to proceed first for initial motion practice. *See Litton*, Dkt. No. 127. The above-captioned cases are non-pilot cases. Thus, motion practice is **STAYED** in the above-captioned cases. The parties may not file any substantive motions on the docket without leave of Court. The Court will set a briefing schedule in the non-pilot cases after initial motion practice occurs in the pilot cases. For the avoidance of doubt, the non-pilot cases are not stayed in their entirety. The

United States District Court
Northern District of California

United States District Court
Northern District of California

parties are expected to conduct coordinated discovery and continue to actively litigate.

Further, pursuant to Civil Local Rule 72-1, the above-captioned cases are **REFERRED** to Magistrate Judge Peter H. Kang for discovery purposes and to Magistrate Judge Joseph C. Spero for settlement purposes.  Counsel will be advised of next steps, and the date, time, and place of appearance, as needed, by notice from Judge Kang or Judge Spero.

**IT IS SO ORDERED.**

Dated: June 17, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

2